**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: N.S., A MINOR                      :   No. 53 MAL 2020
                                          :
                                          :
PETITION OF: S.S., MOTHER                 :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.